# United States Court of Appeals for the Fifth Circuit

_____

No. 25-40680
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**

May 12, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Alberto Rodriguez-Guzman,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:25-CR-308-1

_____

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Jose Alberto Rodriguez-Guzman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez-Guzman has not filed a response, but he did execute a written declaration that he wished to appeal

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40680

his sentence only. *See United States v. Garcia*, 483 F.3d 289, 290-91 (5th Cir. 2007). However, any potential challenge to his sentence would be moot because he has been released from custody and has no term of supervised release. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.